IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARIA CONCEPCION BANEGAS SANTOS,

Petitioner,

Case No. 26-cv-63-wmc

v.

PAMELA JO BONDI, Attorney General of the United States, KRISTI NOEM, Secretary of the Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, Acting Director of Immigration and Customs Enforcement, IMMIGRATION AND CUSTOMS ENFORCEMENT, DAREN K. MARGOLIN, Acting Director, Executive Office for Immigration Review, DAVID EASTERWOOD, Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, MATT IZZARD, Sheriff of Douglas County,

Respondents.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Maria Concepcion Banegas Santos granting her petition for a writ of habeas corpus under 28 U.S.C. § 2241. Respondents Pamela Jo Bondi, Kristi Noem, Department of Homeland Security, Todd Lyons, Immigration and Customs

Enforcement, Daren K. Margolin, David Easterwood, and Matt Izzard shall release petitioner from custody immediately.

Approved as to form this 19th day of February, 2026.

William M. Conley
District Judge

Joel Turner
Clerk of Court

2-19-2026
Date